**No. 47601.**—Protests 770137–G, etc., of American Lime Corp. et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47602.**—Protests 735220–G, etc., of M. Arachtingi et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47603.**—Protests 18050–K, etc., of Acierno Bros. et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.